IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:23-cv-60073-RAR

AHC VENTURES, Inc.,

    Plaintiff,

v.

IZAK ABRAHAM COETZEE
et al

    Defendant.

_____/

FILED BY ____ D.C.
JAN 24 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

## AFFIDAVIT OF DEFENDANT ISRAEL LIBEROW IN SUPPORT OF HIS MOTION TO DISMISS

Defendant Israel Liberow pursuant to F.R.C.P. under penalties of perjury affirms to the following:

1. I have never transacted business in Florida.

2. I have never had a business located in Florida.

3. I have never resided in Florida.

4. I have never transacted business with Plaintiff.

5. I have never transacted business with the defendant Izak Abraham Coetzee, whom Plaintiff alleges transacted business with Plaintiff in Florida.

6. I have never transacted business with the discontinued party DPFX, whom Plaintiff alleges transacted business with Plaintiff in Florida.

Affirmed: January 23, 2023

_____
Israel Liberow

1618 Union Street
Brooklyn, NY 11213
(917) 478-8899
israelliberow@gmail.com

*Israel Liberow, pro se*