# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

AHC VENTURES, CORP.,
d/b/a CRYODERM, a Florida corporation,

        Plaintiff,

vs.

IZAK ABRAHAM COETZEE, Identity
No. 6204165162084, an adult businessman
and Chief Executive Officer employed as
such at Duty Free Postal Exchange Marketing
(South Africa) CC, situated at 270 Erasmus
Avenue, Raslouw AH, Centurion, Gauteng;
SAMTASTIC, LLC.; SCHMUEL BARSKI;
PEAR ENTERPRISES, LLC; MERCH, INC.;
ELI ROTH; RSBY; ISRAEL LIBEROW;
ROYAL SUPPLY COMPANY; MOSES
BODEK, M&M DISCOUNTERS, INC.;
MENDY LEVY; and DJ DIRECT, INC.,

        Defendants.
_____/

CASE NO. 0:23-cv-60073-RAR

## NOTICE OF APPEARANCE AND DESIGNATION OF EMAIL ADDRESSES

PLEASE TAKE NOTICE that Allen M Levine, Esq., of the law firm of Becker & Poliakoff, P.A., hereby enters his appearance in the above-styled matter as counsel for the Plaintiff, AHC VENTURES, CORP., d/b/a CRYODERM.

The foregoing counsel also hereby designates the following email addresses for the purpose of receiving pleadings and other documents in this matter:

    Primary Email:    alevine@beckerlawyers.com

    Secondary Emails:    ecuellar@beckerlawyers.com

                            FTLefile@beckerlawyers.com

Case No. 0:23-cv-60073-RAR

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 27, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and have separately sent the foregoing via electronic mail to the parties of record identified on the attached Service List.

BECKER & POLIAKOFF, P.A.
*Counsel for Plaintiff*
1 East Broward Blvd., Suite 1800
Ft. Lauderdale, FL  33301
Telephone:  954.985.4141
Facsimile:  954.985.4176
Primary Email: alevine@beckerlawyers.com
Secondary Email: ecuellar@beckerlawyers.com
Primary Email: jcooper@beckerlawyers.com
Secondary Email: ecuellar@beckerlawyers.com


By:    */s/ Allen M. Levine*
         Allen M Levine, Esq.
         Florida Bar No. 315419
         Jude C. Cooper, Esq.
         Florida Bar No. 366160

Case No. 0:23-cv-60073-RAR

## SERVICE LIST

Israel Liberow
1618 Union Street
Brooklyn, NY  11213
Tel: (917) 478-8899
Email: israelliberow@gmail.com
*Defendant (pro se)*