IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:23-cv-60073-RAR

AHC VENTURES, Inc.,

    Plaintiff,

v.

IZAK ABRAHAM
COETZEE et al

    Defendant.

_____/

FILED BY _____ D.C.
FEB 06 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

## DEFENDANT ISRAEL LIBEROW'S REMOVAL STATUS REPORT

Pursuant to the Order of the Court dated January 23, 2023, [ECF 6], the Defendant Israel Liberow ("Liberow") submits the within *Removal Status Report*.

Plain Statement of the Nature of the Claim

1. Plaintiff's Fourth Amended Complaint (the "FAC") alleges on its face that it is an action for "damages which exceed $640,000." Based on bare bones unspecified allegations of "breach of contract" and "conspiracy to commit fraud." See, Liberow's Notice of Removal [ECF 1] page 2. In state court no party has yet appeared or moved for other relief and Plaintiff is seeking no additional relief.

Plain Statement of the Grounds for Removal and all Parties to the Action

2. Because each defendant has diverse citizenship from that of the Plaintiff and the amount in controversy is greater than $75,000, this court has subject matter jurisdiction pursuant to 28 U.S.C. 1332. See, Liberow's Notice of Removal [ECF 1] page 2. While Liberow is the only defendant who has appeared to date, Liberow lists all of the parties in his Notice of Removal [ECF 1] pages 3 and 4.

All Pending Motions

3. There are no motions pending in the state matter. However, before this Court, Liberow's pre-answer motion to dismiss filed on January 24, 2023 [ECF 4-5] and Plaintiff's motion to remand (solely on jurisdictional grounds based on law which has been amended) filed on January 25, 2023 [ECF 8], are both currently pending before this Court.

Each Defendant which has Joined in or Consented to the Notice of Removal

4. In addition to Liberow, the only other Defendants which are know to be served are Pear Enterprises, LLC and Eli Roth which have consented to removal and are expected to be appearing in the within matter forthwith.

Statement Regarding Whether Liberow has Removed the Action Within Thirty Days

5. Plaintiff purport's for the first time to have served Liberow on December 16, 2022, thirty days thereafter being, Sunday, January 15, 2023, and Monday January 16, 2023 being Martin Luther King Day, a Federal Holiday, and Liberow having duly filed his Notice of Removal on Tuesday, January 17, 2023. See, [ECF 1], and see the FAC [1-1] , and the purported affidavit of service [ECF 1-7] page 52. Moreover,

Liberow has field the complete docket and docket report from the state court. See, [ECF 1-1 through 1-8].

Dated: February 5, 2023.

/ s / Israel Liberow

_____
Israel Liberow

1618 Union Street
Brooklyn, NY 11213
(917) 478-8899
israelliberow@gmail.com

*Israel Liberow, pro se*

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2023, a copy of the foregoing will be contemporaneously sent to Plaintiffs' attorneys, Allen M. Levine by electronic mail at alevine@beckerlawyers.com as well as by First Class Mail to the address below.

BECKER & POLIAKOFF, P.A.
*Counsels for Plaintiff*
1 East Broward Blvd., Suite 1800
Ft. Lauderdale, FL  33301
Telephone:  954.985.4141
Facsimile:  954.985.4176
alevine@beckerlawyers.com
ssegal@beckerlawyers.com

Dated: February 5, 2023.

/ s / Israel Liberow

_____
Israel Liberow

1618 Union Street
Brooklyn, NY 11213
(917) 478-8899
israelliberow@gmail.com

*Israel Liberow, pro se*